**J. K. BUTCHER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
June 22, 1951.

Wheeler & Wheeler, Paintsville, H. R. Burke, Prestonsburg, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.
Appeal denied.
Judgment affirmed.

COMBS, J., not sitting.